BEFORE THE THIRD DIVISION, JUNE 20, 1960

No. 64301.—Arnart Imports, Inc. *v.* United States, protest 58/24681 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of switch plates similar in all material respects to those the subject of Abstract 62832, the claim of the plaintiff was sustained.